IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Timothy Luther 273/24  APR 26  P 12: 53
Full name and prison number
of plaintiff(s)                DEBRA P. HACKETT. CLK
      v. Alabama Dept  US DISTRICT COURT CIVIL ACTION NO. 2:18-CV-438-MHT-WC
Officer's         MIDDLE DISTRICT AL (To be supplied by Clerk of
I Althea Townsend                    U.S. District Court)

LT IPCM BRIAN Gordon

SGT Mikeau Person

CPT Pamela Harris

Warden KARlA Jones
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.   PREVIOUS LAWSUITS
     A.  Have you begun other lawsuits in state or federal court
         dealing with the same or similar facts involved in this
         action?  YES (  )  NO ( X )

     B.  Have you begun other lawsuits in state or federal court
         relating to your imprisonment?  YES (  )  NO ( X )

     C.  If your answer to A or B is yes, describe each lawsuit
         in the space below.  (If there is more than one lawsuit,
         describe the additional lawsuits on another piece of
         paper, using the same outline.)

         1.  Parties to this previous lawsuit:

             Plaintiff(s) _____

             Defendant(s) _____

         2.  Court (if federal court, name the district; if
             state court, name the county) _____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____

_____

5.  Disposition (for example:  Was the case dismissed?
Was it appealed?  Is it still pending?) _____

_____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT Ventress Corr Fac

_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

Ventress Corr Fac

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
| --- | --- |
| 1.  LT Althea Townsend | Ventress Corr Fac |
| 2.  SGT Mikeon Person | Ventress |
| 3.  LT Brian Gordon IPCM | Ventress |
| 4.  Karla Jones Warden | Ventress |
| 5.  CPT Pamela Harris | Ventress |
| 6.  ~~Richard Released Director of I.B~~ | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED Jan 20th
Feb 20th, March 20th, Feb 12th, March 2nd 2018

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: After making many complaints.
concerning my safty. Between Jan 21st 2018

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

And March 20th 2018 I was assaulted by the same inmate again. I followed and exhaustion of all Remedies with in my power.

GROUND TWO:

SUPPORTING FACTS: Between Jan 21 2018 And Feb 20th 2018 I made several complaints concerning my safety. I was assaulted twice by Anthony Scott. I spoke to Six different officers. I called our phone hot line.

GROUND THREE:

SUPPORTING FACTS: Between the 1st assault 20th Jan 2018 and the 2nd assault Feb 20th 2018. I made several complaints to four different officers. Made Severagle Phone calls through our inmate hot line. I was put in a cell. And inmate Anthony Scott is put into population Were He stabs anther inmate.

3

"Facts"

① On Jan 21st 2018. I Timothy L Luther AKA Sweet was assaulted on Jan 21st 2018 by inmate Anthony Scott.

② I spoke to LT Althea Townsend in the shift office. I told her I wanted to be put in a cell. I told LT Althea Townsend I was beaten.

③ LT Althea Townsend asked me who beat me. I wouldn't tell her because two other officers were in the office at the time.

④ LT Althea Townsend writes me a disaplinary. Im sent to our Heath Care Unit. I recive a body chart.

⑤ On Jan 21st 2018 while in our health care unit. I spoke to SGT Mikeon Persone. I told him. Anthony Scott is the inmate who beat me.

⑥ On Jan 21st 2018 I was placed in the inmate resriction dorm on Hot dorm. Anthony Scott is in population.

⑦ On Feb 5th 2018. I spoke to LT Brian Gordon I Also told him concering the assault and harrasment from inmate Anthony Scott.

⑧ LT Brian Gordon states he can not put me into protective custidy or "Red Flag" me to stay in the restricted inmate dorm. He states. He would speak to my classinfication officer. To have Anthony Scott validated as my enemy.

⑨ On Feb 5th 2018 I was placed back into popluation. With inmate Anthony Scott.

⑩ On Feb 12th 2018. I was transported to Montgomery. To speak with detictives. Alabama Dept of Corr Intelligence and investigations division. I also spoke to them concerning Anthony Scott and his assault and harrassment.

⑪ SGT Mikeon Person and SGT Jacub Petterr are the officers on Transport duty.

⑫ On Feb 20th 2018. Anthony Scott assaults me agian.

⑬ On Feb 20th 2018. I was sent to our Health care unit for a body chart.

⑭ Anthony Scott is placed in our inmate resticted dorm. Faceing pendind disaplinary For assault on inmate with out a weapon. I'm still in population.

⑮ On March 2nd 2018. I speak to CPT Pamela Harris. Concerning the harrasment from Anthony Scott and other inmates. Pressing me to sign a living agreement.

⑯ I explian to CPT Pamela Harris concering my safety. I ask her agian to put me in a cell. CPT Harris states "Tell who ever ask's you did sign". "Put it on me". "Tell who ever. If they want to. They can ask me."

⑰ CPT Harris writes down on papper my name and A.I.S state Id #. Tells me she will see about getting me away from the camp. That she will have Anthony Scott validated as my enemy.

(19) On March 15th 2018. I was called to B dorm to speak to LT Walker. I was asked again to sign a living Agreement. I told LT Walker. He would have to speak to CPT Harris, I will Not sign a living Agreement.

(20) On March 15th 2018 CPT Pamela Harris calls me to her office. She also asks me to sign a living agreement. I state "NO". She asks me to write a statement, on why Im in fear for my safety. I wrote such statement. CPT Harris asks if Im high. I state No I can pass a drug test.

(21) On March 15th 2018. Im placed in a segregation cell. Anthony Scott is put back into population

(22) On March 19th 2018. Anthony Scott is put in Segregation. Anthony Scott alegedly stabb's a inmate.

(23) On March 20th Im released from segregion. I spent almost a week in a two man cell. No phone, No yard, No conversary store.

(24) I have documented history of concerns to my safety.

(25) I was transferd "Back" to Ventress Corr from Easterling Corr. Out of a segregation cell. Due to an inmate assaulting me at that prison.

(26) I can show ADOC officens failed to follow there own Protective custidy policy. Administrative Regulation #435 I can also show the court they failed to follow there own policy on Anthony Scotts displinary. Administrative Regulation #403

(27) I can show the court documented history of my sexual orintation.

(28) Between The 21st of Jan to Feb 20 2018 I made several complints to diffrent officals. I even called our Hot line many times. My family has even called to speak to CPT Pamela Harris and Warden Karla Jones. No responice.

29) I can show in court. Officials showed Deliberate Indifference.

30) After my many compliants. Useing all the avalibul resourses. I exhausted all administrative Remedies.

31) Ive asked for grievance forms. I was giving a medical geievance form. Ventress Cor Facility does not have a geievance prossese file form.

32) I can Also show in court. ADOC was in violation of my Right to be free from cruel And unusual punshmint.

I Timothy L Luther 273124 AKA Sweet Here by make this statement and it to be the honjist truth to the best of my Knowllege.
Date

Plaintiff

Upon Information and belife. I
ask the court For "Relief". I Ask
the court For a prelimenary Injunction
To be placed in protective Custody. Not
only do I Fear For my safety. From
retaliation From the officers listed in
said compliant. Also From inmate's because
Now Im concedeed a snitch. I told on
Anthony Scott. Every inmate Now Knows
I Never signed a living Agreement. CPT
Harris Never kept Her word. My lie
has Now put me in more danger.
I will also be seeking compensatory
and punitive damages. I understand
Im in PRISON because I comitited a
crime. There For I should be punished.
Not because Im a transsexual who
wishes to be left alone. There for I
ask the court to grant me Relief.

_____ 273124   AKA Sweet



Jessica R Hackett
The United States District
Court of The Middle District
of Alabama

One Church St
Montgomery, AL 36104

Hwy 839 Jouzuh
AL
36016

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED,
AND THE ALABAMA DEPARTMENT OF
CORRECTIONS IS NOT RESPONSIBLE FOR
THE SUBSTANCE OR CONTENT OF THE
ENCLOSED COMMUNICATION.