IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY LUTHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv438-MHT |
| | ) | (WO) |
| KARLA JONES, in her | ) | |
| individual capacity, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 65), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice as to defendants Althea C. Townsend, Brian Gordon, Pamela Harris, Karla Jones, Kenneth Drake, and Josiah Haggins, and without prejudice as to defendant Markeon Person. The parties shall bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 18th day of December, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE